3:22 CV 68 GNS

## IN THE UNITED STATES WESTERN DISTRICT COURT
### OF KENTUCKY

| | | |
|---|---|---|
| Gary Robinson Sr.<br>       Plaintiff | ) | In a petition for removal from the Justice of<br>The Peace Court of Jefferson County, KY |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | STATE COURT CAUSE NO. 17C1400112 |
| Jerry N. Higgins | ) | FILE NO. 2021-sc-0268 |
| Law Office Of Jerry N. Higgins | ) | |
| Floyds Knobs, IN 47119 | ) | |
|        Defendant's | ) | |
| | ) | |
| | ) | Honorable Mary Shaw, Judge |

**Notice Of Removal To United States District Court**

Comes now the Defendant(s), Gary Robinson Sr., and notifies the parties and the Court that

this cause has been removed to the jurisdiction of the United States, by stating the following:

1. There have been, and continue to be, violations against the civil and constitutional rights

of this/these undersigned Defendant(s) in this cause, and which have not been duly protected.

2. Accordingly, and commensurate with certain issues within these state proceedings also

giving independent rise to federal subject-matter jurisdiction, this cause has now been removed

to the United States District Court for the United States District Court for the Western District.

3. As the Court and all parties can clearly confirm, the attached Notice regarding Petition For

Removal that was filed in said federal court on February 8, 2022.

4. The parties and this Court are hereby given formal **notice** that the combination of filings

made under both this cause now herewith, as well as within the aforementioned federal court,

*automatically* **divests** this Court of **any and all** further authority and jurisdiction over these

proceedings – **bar none** (*see* 28 USC § 1446 (d)) – and, *therefore*, there will be **NO** more

hearings, orders, or *any* other proceedings held, made, or done within this state cause until, and

unless, further notice or order is first made by the Federal judge of said United States District

Court.

Respectfully submitted,

Gary Robinson Sr.

CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of February 2022, a true and complete copy of the foregoing notice of removal, has been filed with clerk and by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record in these proceedings.

Gary Robinson Sr.

Jeff Derouen
Assistant County Attorney
531 Court Place, Suite 900
Louisville, KY 40202

2